IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-104-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSEPH DAVID WIPF, | |
| Defendant. | |

Pending before the Court is the Stipulated Motion to Vacate the Hearing on Defendant's Motion to Dismiss, scheduled for May 30, 2025. (Doc. 36). For good cause shown,

IT IS ORDERED that the motion hearing in VACATED.

DATED this 27th day of May, 2025.

　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge

1